UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
DONNA M. ALVIN

      - **against** -                                  REFERRAL ORDER
                                                CV-06-5054 (DRH)(ETB)

UNITED STATES OF AMERICA
----------------------------------------------X
HURLEY, District Judge

      A demand for a trial de novo having been filed in the referenced civil case, the case is respectfully referred to **MAGISTRATE JUDGE E. THOMAS BOYLE** for all pre-trial purposes including the following:

| | | |
|---|---|---|
| X | 1. | To enter the scheduling order provided for in Rule 16(b) of the Federal Rules of Civil procedure; |
| X | 2. | To hear and decide discovery disputes, as well as all discovery motions arising from discovery or other pre-trial activities, except for matters exempted by 28 USC 636(b)(1)(A); |
| X | 3. | To consider in each instance the possibility, if any, of settlement and to assist therewith as may be appropriate and to report settlement negotiations to the Court; |
| X | 4. | To prepare a pre-trial order where this has not yet been accomplished, and where such order seems indicated; |

SO ORDERED.

DATED: CENTRAL ISLIP, NEW YORK
         MAY 9, 2008

                                                     _____/S/_____
                                                     DENIS R. HURLEY
                                   UNITED STATES DISTRICT JUDGE